UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-08-419 LKK |
| v. | ) | |
| | ) | |
| RICHARD DUANE SILVA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: RICHARD DUANE SILVA
Detained at (custodian): SACRAMENTO COUNTY MAIN JAIL

Detainee is:
- a.) (x) charged in this district by: (x) Indictment ( ) Information ( ) Complaint
  charging detainee with: receipt and possession of child pornography
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) (x) return to the custody of detaining facility upon termination of proceedings
- or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Kyle Reardon
Printed Name & Phone No: KYLE REARDON, 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 09/19/08

/s/ Gregory G. Hollows
United States Magistrate Judge

silva.ord

Please provide the following, if known:

AKA(s) (if applicable): _____     Male   Female
Booking or CDC #: X-2065184      DOB: 08-04-1971
Facility Address: 651 I Street      Race:
    Sacramento, CA 95814      FBI #:
Facility Phone: 916-874-6752
Currently Incarcerated For: Distribution of child pornography

### RETURN OF SERVICE

Executed on _____      By: _____
                                                                                    (Signature)