1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RICHARD SILVA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:08-CR-00419 LKK
                                  )
14                Plaintiff,      )
                                  )  **ORDER AFTER HEARING**
15       v.                       )
                                  )
16  RICHARD SILVA,                )
                                  )
17                Defendant.      )  Judge: Hon. Lawrence K. Karlton
                                  )
18  _____ )

19

20       A status conference was held October 15, 2008.  At the request of

21  the defense, the Court scheduled a further status conference for November

22  12, 2008, at 9:15 a.m., and ordered time excluded under the Speedy Trial

23  Act (18 U.S.C. § 3161(h)(8)(A) and (B)(iv) or Local Code T4), through

24  that date, to afford adequate time to prepare.

25       IT IS SO ORDERED.

26

27  Dated:  October 22, 2008

28                              _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT