1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   RICHARD SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    ) No. 2:08-CR-00419 LKK
                             )
          Plaintiff,         )
                             ) STIPULATION AND ORDER
     v.                      ) CONTINUING STATUS CONFERENCE
                             ) AND EXCLUDING TIME
RICHARD SILVA,               )
                             )
          Defendant.         ) Date:  November 12, 2008
                             ) Time:  9:15 a.m.
_____) Judge: Lawrence K. Karlton
```

   IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 12, 2008, may be continued to December 16, 2008 at 9:15 a.m.

   Defense counsel seeks additional time to review discovery, including materials remaining in possession of the United States. Also, the defense intends to investigate a number of matters likely to bear on resolution of the case. In order to have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through December 16, 2008, pursuant to Title
2  18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   November 10, 2008          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for RICHARD SILVA

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:   November 10, 2008          /s/  T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

## O R D E R

The status conference is continued to December 16, 2008, at 9:15 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 16, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: November 10, 2008            [signature]
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Stip. & O., U.S.A. v. Silva         -2-