DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICHARD SILVA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD SILVA,<br><br>　　　　　Defendant.<br>_____ | No. 2:08-CR-00419 LKK<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: December 16, 2008<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for December 16, 2008, may be continued to February 3, 2009 at 9:15 a.m.

    Defense counsel seeks additional time to review discovery, including materials remaining in possession of the United States.  Also, the defense intends to investigate a number of matters likely to bear on resolution of the case.  In order to have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through February 3, 2009, pursuant to Title
2  18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   December 12, 2008      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for RICHARD SILVA

McGREGOR W. SCOTT
United States Attorney

Dated:   December 12, 2008      /s/  T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

### O R D E R

The status conference is continued to February 3, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 3, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT