```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RICHARD SILVA
 7

 8

 9
                 IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,      ) No. 2:08-CR-00419 LKK
                                   )
14                  Plaintiff,     )
                                   ) STIPULATION AND ORDER
15       v.                        ) CONTINUING STATUS CONFERENCE
                                   ) AND EXCLUDING TIME
16  RICHARD SILVA,                 )
                                   )
17                  Defendant.     ) Date:  April 14, 2009
                                   ) Time:  1:30 a.m.
18  _____) Judge: Lawrence K. Karlton

19
```

20    IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva,
21 and plaintiff, United States of America, by and through their attorneys,
22 that the status conference scheduled for April 14, 2009, may be continued
23 to June 9, 2009, at 9:15 a.m.
24    Defense counsel seeks additional time to complete its investigation
25 of matters likely to bear on resolution of the case.  Also, both defense
26 counsel and the Assistant U.S. Attorney are currently in a complex jury
27 trial during April and May on another matter.  In order to have adequate
28 time to prepare and to assure continuity of counsel, the parties agree

that time under the Speedy Trial Act should be excluded from the date of this order through June 9, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 8, 2009        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for RICHARD SILVA

LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 8, 2008        /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 9, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT