```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RICHARD SILVA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00419 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** <br> ) **CONTINUING STATUS CONFERENCE** <br> ) **AND EXCLUDING TIME** |
| RICHARD SILVA, | ) |
| Defendant. | ) Date: June 9, 2009 <br> ) Time: 9:15 a.m. <br> ) Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for June 9, 2009, may be continued to August 18, 2009, at 9:15 a.m.

Defense counsel seeks additional time to complete its investigation of matters likely to bear on resolution of the case. Also, both defense counsel and the Assistant U.S. Attorney are currently in a complex jury trial during May and June on another matter. In order to have adequate time to prepare and to assure continuity of counsel, the parties agree

1  that time under the Speedy Trial Act should be excluded from the date of
2  this order through August 18, 2009, pursuant to Title 18, United States
3  Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 2, 2009       /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for RICHARD SILVA

                           LAWRENCE G. BROWN
                           Acting United States Attorney

Dated:  June 2, 2009       /s/  T. Zindel for K. Reardon
                           KYLE REARDON
                           Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 18, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT