1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RICHARD SILVA
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-CR-00419 LKK
                                     )
14                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
15        v.                         )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
16  RICHARD SILVA,                   )
                                     )
17                  Defendant.       )  Date:  August 18, 2009
                                     )  Time:   9:15 a.m.
18  _____ )  Judge: Lawrence K. Karlton

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva,

21  and plaintiff, United States of America, by and through their attorneys,

22  that the status conference scheduled for August 18, 2009, may be

23  continued to September 15, 2009, at 9:15 a.m.

24       Defense counsel seeks additional time to complete its investigation

25  and to discuss with plaintiff's counsel a proposed resolution of the

26  case.  In order to have adequate time to prepare and to assure continuity

27  of counsel, the parties agree that time under the Speedy Trial Act should

28  ///

1   be excluded from the date of this order through September 15, 2009,

2   pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and

3   (B)(iv)(Local Code T4).

4                                    Respectfully Submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender

6

7   Dated:  August 10, 2009        /s/ T. Zindel
                                    TIMOTHY ZINDEL
8                                   Assistant Federal Defender
                                    Attorney for RICHARD SILVA
9
                                    LAWRENCE G. BROWN
10                                  Acting United States Attorney

11

12  Dated:  August 10, 2009        /s/  T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney
13

14

15                          **O R D E R**

16       The status conference is continued to September 15, 2009, at 9:15

17  a.m.  The court finds that a continuance is necessary for the reasons

18  stated above and further finds that the ends of justice served by

19  granting a continuance outweigh the best interests of the public and the

20  defendant in a speedy trial.  Time is therefore excluded from the date of

21  this order through September 15, 2009, pursuant to 18 U.S.C. §

22  3161(h)(7)(A) and (B)(iv).

23       IT IS SO ORDERED.

24

25  Dated: August 14, 2009

26                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
27                                  UNITED STATES DISTRICT COURT

28

Stip. & O., U.S.A. v. Silva            -2-