DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00419 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| RICHARD SILVA, ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

A status conference was held September 15, 2009. At the request of the parties, the Court scheduled a further status conference for October 14, 2009, at 9:15 a.m., and ordered time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv) or Local Code T4), through that date, to afford adequate time to prepare.

IT IS SO ORDERED.

Dated: October 2, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT