1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RICHARD SILVA
7

8

9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,       )  No. 2:08-CR-00419 LKK
                                   )
14              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
15      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
16 RICHARD SILVA,                  )
                                   )
17              Defendant.         )  Date:  October 14, 2009
                                   )  Time:  9:15 a.m.
18 _____ )  Judge: Lawrence K. Karlton

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva,
21 and plaintiff, United States of America, by and through their attorneys,
22 that the status conference scheduled for October 14, 2009, may be
23 continued to November 3, 2009, at 9:15 a.m.
24      Government counsel is presently reviewing materials provided by
25 defense counsel bearing on resolution of the case.  Additional time is
26 needed to review these materials and for defense counsel to consult with
27 Mr. Silva, who is presently housed at Butte County Jail.  In order to
28 have adequate time to prepare, the parties agree that time under the

Speedy Trial Act should be excluded from the date of this order through November 3, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  October 8, 2009         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for RICHARD SILVA

                                LAWRENCE G. BROWN
                                United States Attorney

Dated:  October 8, 2009         /s/  T. Zindel for K. Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 3, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 3, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 14, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. & Order                        -2-