DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00419 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| RICHARD SILVA, ) | |
| ) | |
| Defendant. ) | Date: November 3, 2009 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 3, 2009, may be continued to November 17, 2009, at 9:15 a.m.

    Government counsel has reviewed the materials in mitigation provided by defense counsel. Defense counsel now seeks additional time to consult with Mr. Silva about that review and, probably, to seek additional review by government counsel. Mr. Silva is presently housed at Butte County Jail, so that defense counsel must travel to see him face-to-face. In

order to have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November 17, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 30, 2009     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for RICHARD SILVA

LAWRENCE G. BROWN
United States Attorney

Dated: October 30, 2009     /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 17, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 30, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. & Order                    -2-