1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RICHARD SILVA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:08-CR-00419 LKK
                                  )
14              Plaintiff,        )
                                  ) **ORDER AFTER HEARING**
15      v.                        )
                                  )
16  RICHARD SILVA,                )
                                  )
17              Defendant.        ) Judge: Hon. Lawrence K. Karlton
                                  )
18  _____)

19

20      At the status conference on January 26, 2010, at the request of

21  defendant, the Court scheduled a further status conference for March 9,

22  2010, at 9:15 a.m., and ordered time excluded under the Speedy Trial Act

23  (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through that date, to afford

24  defense counsel additional reasonable time to prepare.

25      IT IS SO ORDERED.

26

27  Dated:  January 27, 2010

28
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT