DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00419 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| RICHARD SILVA, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

At the status conference on March 9, 2010, at the request of defendant, the Court scheduled a further status conference for May 11, 2010, at 9:15 a.m., and ordered time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through that date, to afford defense counsel additional reasonable time to prepare.

IT IS SO ORDERED.

Dated:  March 10, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT