DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00419 LKK |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| RICHARD SILVA, | ) |
| | ) |
| Defendant. | ) Date:  May 11, 2010 |
| | ) Time:  9:15 a.m. |
| _____ | ) Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for May 11, 2010, may be continued to June 22, 2010, at 9:15 a.m.

   Counsel for Mr. Silva requires further time to review discovery with him, and to negotiate with the government in an effort to resolve this matter. Also, defense counsel is presently handling several cases. In order to have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through June 22, 2010, pursuant to Title 18, United States Code, Section
2  3161(h)(7)(A) and (B)(iv)(Local Code T4).

4                                         Respectfully Submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender

7  Dated:   May 5, 2010                   /s/ T. Zindel
                                          TIMOTHY ZINDEL
8                                         Assistant Federal Defender
                                          Attorney for RICHARD SILVA

                                          LAWRENCE G. BROWN
10                                        United States Attorney

11
    Dated:   May 5, 2010                  /s/  T. Zindel for K. Reardon
12                                        KYLE REARDON
                                          Assistant U.S. Attorney

15                               **O R D E R**

16       The status conference is continued to June 22, 2010, at 9:15 a.m.
17  The court finds that a continuance is necessary for the reasons stated
18  above and further finds that the ends of justice served by granting a
19  continuance outweigh the best interests of the public and the defendant
20  in a speedy trial.  Time is therefore excluded from the date of this
21  order through June 22, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
22  (B)(iv).
23       IT IS SO ORDERED.

25  Dated: May 11, 2010
                                          LAWRENCE K. KARLTON
26                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Stip. & Order                        -2-