1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    RICHARD SILVA
7

8

9
                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,      )   No. 2:08-CR-00419 LKK
                                    )
14                  Plaintiff,      )
                                    )   **STIPULATION AND ORDER**
15       v.                         )   **CONTINUING STATUS CONFERENCE**
                                    )   **AND EXCLUDING TIME**
16  RICHARD SILVA,                  )
                                    )
17                  Defendant.      )   Date:   June 22, 2010
                                    )   Time:   9:15 a.m.
18  _____ )   Judge:  Lawrence K. Karlton

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Richard Silva,

21  and plaintiff, United States of America, by and through their attorneys,

22  that the status conference scheduled for June 22, 2010, may be continued

23  to September 8, 2010, at 9:15 a.m.

24       Counsel for Mr. Silva requires further time to schedule one more

25  evaluation and to discuss with him a proposed settlement in an effort to

26  resolve this matter.   In order to have adequate time to prepare, the

27  parties agree that time under the Speedy Trial Act should be excluded

28  / / /

1   from the date of this order through September 8, 2010, pursuant to Title

2   18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

3

4                                     Respectfully Submitted,

5                                     DANIEL J. BRODERICK
                                      Federal Defender
6

7   Dated:   June 18, 2010            /s/ T. Zindel
                                      TIMOTHY ZINDEL
8                                     Assistant Federal Defender
                                      Attorney for RICHARD SILVA
9
                                      LAWRENCE G. BROWN
10                                    United States Attorney

11

12  Dated:   June 18, 2010            /s/  T. Zindel for K. Reardon
                                      KYLE REARDON
13                                    Assistant U.S. Attorney

14

15                            **O R D E R**

16       The status conference is continued to September 8, 2010, at 9:15

17  a.m.   The court finds that a continuance is necessary for the reasons

18  stated above and further finds that the ends of justice served by

19  granting a continuance outweigh the best interests of the public and the

20  defendant in a speedy trial.  Time is therefore excluded from the date of

21  this order through September 8, 2010, pursuant to 18 U.S.C. §

22  3161(h)(7)(A) and (B)(iv).

23       IT IS SO ORDERED.

24

25  Dated: June 21, 2010

26                                    LAWRENCE K. KARLTON

27                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
28

Stip. & Order                    -2-