1 | BENJAMIN B. WAGNER
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2700

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )    2:08-CR-00419 LKK
                                   )
12 |          Plaintiff,            )    ORDER TO INCORPORATE
                                   )    PRELIMINARY ORDER OF
13 |      v.                        )    FORFEITURE INTO JUDGMENT
                                   )    IN A CRIMINAL CASE
14 | RICHARD DUANE SILVA,           )
                                   )
15 |          Defendant.           )
                                   )
16 | _____)

17 |      The Preliminary Order of Forfeiture entered August 27, 2010,

18 | is hereby made final as to defendant Richard Duane Silva and

19 | shall be incorporated into the Judgment in a Criminal Case filed

20 | December 14, 2010.

21 |      SO ORDERED this 23rd day of December, 2010.

22

23

24 | LAWRENCE K. KARLTON
SENIOR JUDGE
25 | UNITED STATES DISTRICT COURT

26

27

28 |                              1