```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00419-LKK |
| )  Plaintiff,  ) | FINAL ORDER OF FORFEITURE |
| ) v.  ) | |
| RICHARD DUANE SILVA,  ) | |
| )  Defendant.  ) | |

WHEREAS, on or about August 27, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Richard Duane Silva forfeiting to the United States the following property:

    a) One Seagate Barracuda, 160 Gigabyte Hard Drive, serial number 4MT04743;

    b) One Dell Desktop Computer Dimension 8400, service tag 8CD4M71; and

    c) One Dell Monitor W3000, serial number MX0F31664832356F09XL.

AND WHEREAS, beginning on August 31, 2010, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property;
7      AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10     Accordingly, it is hereby ORDERED and ADJUDGED:
11     1.  A Final Order of Forfeiture shall be entered forfeiting
12  to the United States of America all right, title, and interest in
13  the above-listed property pursuant to 18 U.S.C. § 2253, to be
14  disposed of according to law, including all right, title, and
15  interest of Richard Duane Silva.
16     2.  All right, title, and interest in the above-listed
17  property shall vest solely in the name of the United States of
18  America.
19     3.  The U.S. Marshals Service shall maintain custody of and
20  control over the subject property until it is disposed of
21  according to law.
22     SO ORDERED this 12th day of January, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT